IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**MIA SWAGER,**

      Plaintiff,

**vs.**                                                               No.  CV-10-00619 BB/CG

**CITY OF ALBUQUERQUE and**
**PABLO PADILLA, individually,**

      Defendants.

## ORDER GRANTING PLAINTIFF'S MOTION TO EXTEND TIME TO DISCLOSE EXPERT WITNESS REPORTS

**THIS MATTER** having come before the Court on Plaintiff's Unopposed Motion For Extension to Disclose Expert Witness Reports [Doc. 28], filed November 19, 2010, and the Court, being otherwise fully advised in the premises, hereby **FINDS** that the Motion is unopposed, supported by good cause and that the Motion should be **GRANTED**;

**IT IS THEREFORE ORDERED** that the Plaintiff's Motion For Extension to Disclose Expert Witness Reports [Doc.28] shall be, and hereby is, **GRANTED**.  The deadlines shall be, and hereby are, extended from November 19, 2010 to November 29, 2010 for the Plaintiff and from December 20, 2010 to December 28, 2010 for the Defendants.

      **IT IS SO ORDERED.**

_____
**THE HONORABLE CARMEN GARZA**
**UNITED STATES MAGISTRATE JUDGE**

Submitted by:

/s/ Louren Oliveros 11/22/10
Louren Oliveros, Esq.
Gorence & Oliveros, P.C.
1305 Tijeras Avenue NW
Albuquerque, NM  87102
(505) 244-0214
*Attorneys for Plaintiff*


Approved by:

/s/ Stephanie M. Griffin   Approved 11/19/10
Assistant City Attorney
P.O. Box 2248
Albuquerque, NM  87103
Telephone: (505) 768-4500
Attorneys for Defendants


*Attorneys for Defendants*