**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

**MIA SWAGER**

  **Plaintiff,**

**vs.**             **No.  10-619 BB/CEG**

**CITY OF ALBUQUERQUE et al,**

  **Defendants.**

**STIPULATED PROTECTIVE ORDER FOR THE CITY OF ALBUQUERQUE'S INTERNAL AFFAIRS AND PERSONNEL FILES FOR DEFENDANT PABLO PADILLA**

**THIS MATTER** having come before the Court on the Unopposed Motion of Protective Order, (Doc. 34), which has been stipulated to by the parties through their respective counsel. The Court, being fully advised in the premises,

**FINDS** that good cause exists for the entry of the Stipulated Protective Order based upon the agreement of the parties.

  **THEREFORE IT IS ORDERED, ADJUDGED AND DECREED:**

The City of Albuquerque shall produce the Internal Affairs and Personnel Files for Defendant Pablo Padilla subject to the following terms and conditions:

  A. All non-City of Albuquerque parties and their respective attorneys of record agree to return the contents of the Internal Affairs investigations and personnel files at the resolution of this lawsuit;

  B. All non-City of Albuquerque parties and their respective attorneys of record agree to purge all copies of the contents of the Internal Affairs investigations and personnel files at the resolution of this lawsuit;

C.      All non-City of Albuquerque parties and their respective attorneys of

record agree not to disclose or produce the contents of the Internal Affairs

investigations and personnel files to any non-party at any time, except for

police procedure experts retained by the parties in this matter;

D.      All non-City of Albuquerque parties and their respective attorneys of

record agree not to attach any of the contents of the Internal Affairs

investigations and personnel files as exhibits to depositions or to motions

filed with this Court unless the depositions or motions are sealed.


_____

**THE HONORABLE CARMEN GARZA**
**UNITED STATES MAGISTRATE JUDGE**


**APPROVED:**

CITY OF ALBUQUERQUE
Robert J. Perry
City Attorney


__/s/ Sarah E. Lough_____
Stephanie M. Griffin
Sarah E. Lough
P.O. Box 2248
Albuquerque, New Mexico 87103
(505) 768 4500

*Attorneys for City Defendants*




_telephonic approval on January 19, 2011_
Louren M. Oliveros

Gorence & Oliveros PC
1305 Tijeras NW
Albuquerque, NM 87102
505-244-0214
fax: 505-244-0888

*Attorney for Plaintiff*