IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

MIA SWAGER

    Plaintiff,

vs.                                                                                             No.  CV-10-00619 BB/CG

CITY OF ALBUQUERQUE and PABLO PADILLA,

    Defendants.

## ORDER GRANTING JOINT MOTION TO EXTEND PRE-TRIAL DEADLINES

**THIS MATTER** having come before the Court on the parties' Joint Motion to Extend Pre-Trial Deadlines.  The Court being fully advised in the premises, **FINDS** that good cause exists to grant the joint motion of the parties.

**THEREFORE IT IS ORDERED, ADJUDGED AND DECREED:**

The pre-trial deadlines shall be extended as follows:

| | |
|---|---|
| Discovery Deadline (Extension limited to taking the depositions of Paul Ortega and Gloria Padilla only) | March 17, 2011 |
| Discovery Motion Deadline: | March 24, 2011 |
| Pre-Trial Motion Deadline: | March 31, 2011 |
| Deadline for Plaintiff to submit Pre-Trial Order to Defendants: | June 19, 2011 |
| Deadline for Defendants to submit Consolidated Pre-Trial Order to Court: | July 2, 2011 |

_____
THE HONORABLE CARMEN E. GARZA
UNITED STATES MAGISTRATE JUDGE

**SUBMITTED AND AGREED TO BY:**

CITY OF ALBUQUERQUE
Robert J. Perry
City Attorney

/s/ Stephanie M. Griffin   *Approved 2/17/11*
Stephanie M. Griffin
Sarah E. Lough
Assistant City Attorneys
P.O. Box  2248
Albuquerque, NM  87103
(505) 768-4500
*Attorneys for Defendants*


**AGREED TO BY:**

/s/ Louren Oliveros  *Approved 2/17/11*
Louren Oliveros
Gorrence & Oliveros, P.C.
1305 Tijeras Avenue N.W.
Albuquerque, NM 87102
Phone: (505) 244-0214
Fax: (505) 244-0888
*Attorney for Plaintiff*


Ben Wilson
Attorney at Law PA
1412 Lomas Blvd NW
Albuquerque, NM 87104
Phone: (505)765-5300
Fax: (505)765-9030
*Attorney for Plaintiff*